Chief Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISAIAH THOMAS WILLOUGHBY,<br><br>Defendant. | NO. MJ20-425BAT<br><br>GOVERNMENT'S EXHIBITS FOR DETENTION HEARING |

The government hereby files with the Court Exhibits 1-3, which are provided in support of the government's argument that the Court should enter a pretrial detention order in this matter. Government counsel intends to reference and further explain these exhibits during the detention hearing.

DATED this 15th day of July, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Todd Greenberg*
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903

Government's Exhibits for Detention Hearing
U.S. v. Isaiah Thomas Willoughby; MJ20-425BAT

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970