# EXHIBIT 1

Case 2:20-mj-00425-BAT   Document 4-1   Filed 07/15/20   Page 1 of 5







