# EXHIBIT 2

## Report Number 2020-211794 - Arrest Report Report

| REPORT DATE / TIME | PRECINCT / SECTOR / BEAT / RA | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME |
|---|---|---|
| Jul 13, 2020 03:00 | W / K / K3 / 4026 | Jul 13, 2020 02:12 - 02:49 |

REPORT WRITER

VALERIE CARSON #8651

ASSISTING PERSONNEL / TYPE(S)

ADAM PRICE #8686 (Backing Officer), CHRISTOPHER ROTHWELL #8568 (Backing Officer), DAVID PASSARELLA #8425 (Backing Officer), ZACHARY BACKMAN #8619 (Backing Officer)

REPORT TAKEN LOCATION

605 5 AV S, SEATTLE, WA 98104

EVENT STATISTICS

- ☐ Event Contains Bias Elements
- ☐ AED Used
- ☐ Naloxone Administered
- ☐ Cybercrime
- ☐ Body Worn Video
- ☐ ICV Exists

- ☐ Homelessness
- ☐ Shots Fired
- ☐ Hate Graffiti
- ☐ Event is DV Related
- ☐ DEMS

## NARRATIVE

On 07/13/20 at approximately 0212 hours I was working patrol in full uniform in a fully marked patrol car with Officer Backman #8619 as 3K31.

I was dispatched to an assault at 605 5 Av S. The information from dispatch said that an intoxicated male had punched a security guard. The suspect was described as a black male in his late 20s/early 30s, approximately 6 feet tall, athletic build, wearing a black jacket and black pants. We arrived on scene and the security guard flagged us down. He pointed across the street to man walking away and said something along the lines of "that's the guy that punched me in the face." He again said the suspect was a black male. There was no foot traffic on the streets in this area at this time of night, and the only person we saw was a black male whose clothing matched the description. As soon as he saw our patrol car, he began to run towards the Shell Gas Station at 511 S Dearborn St. We caught up to him and detained him. As soon as we stopped him, the suspect invoked his Miranda Rights and refused to answer any questions, including identifying himself (he was later identified at KCJ as Isaiah T Willoughby).

The security guard, A.B.          said he had encountered Willoughby on the private property he patrols. A.B. said Willoughby was drinking a clear liquor from a white-ish bottle. A.B. told him he could not drink on the property and he had to leave, and he would give him 5 minutes before he came back on his next round. When A.B. came back, the man was still there and this time he was urinating on the property. A.B. again told him he had to leave and Willoughby punched him once in the lip, and once in the forehead. When A.B. said he was going to call the police, Willoughby started to leave and A.B. followed him while he was on the phone with dispatch – he was still on the phone with dispatch when we contacted him.

A.B. did a show up and positively identified Willoughby as the man who had punched him in the face. A.B. had some broken blood vessels on the inside of his lip and it was slightly swollen. I took photos of his injuries and uploaded them to DEMS, and he declined medical assistance.

When we told Willoughby he was under arrest for assault, he said he didn't care, he wanted to go to jail, and he would just bail himself out because he was rich. He said he had just done so when he was released two days ago – per JILS this is correct, he was just released after being arrested for arson and reckless burning. Also per JILS, Willoughby has a truly varied criminal history: he has been arrested for robbery, cyber stalking, criminal impersonation, theft, obstruction, felony harassment, theft of a motor vehicle, felony DV assault, communicating with a minor and more, plus he has multiple FTAs.

We told Willoughby he was under arrest and he was transported and booked into KCJ for RCW 9A.36.041 Assault in the fourth degree.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| VALERIE CARSON #8651    Jul 13, 2020 04:09 (e-signature) | PHILIP MONZON #4161    Jul 13, 2020 12:18 (e-signature) |
| PRINT NAME | PRINT NAME |
| VALERIE CARSON #8651 | PHILIP MONZON #4161 |

**Seattle Police Department** Pg 1 of 3

Mark43 RMS Form v2.0 generated by W. JONES #6903 on Jul 14, 2020 15:05.

We returned to the scene with A.B. and verified that there was a large puddle of urine in the area where this occurred, and we located the bottle of vodka he had been drinking. There are some cameras on the property, and we told A.B. to speak with his supervisor to see if there was any footage of the assault or of Willoughby on the property. He said he understood and would compile any relevant video on a disc/drive and then call SPD to turn it in. We also gave A.B. a business card with our names, serial numbers and the report number.

---

*REPORTING PARTY-1*

| REPORTING PARTY-1 (PERSON) | | | DOB / ESTIMATED AGE RANGE | |
|---|---|---|---|---|
| R-1 A.B. | | | 1987- | |

| SEX | RACE / ETHNICITY | PHONE NUMBER | |
|---|---|---|---|
| Male | Unknown / Unknown | (primary, cell) | |

HOME ADDRESS

---

## ARREST REPORT #20-009849 (NEW OFFENSE WITH ARREST-BOOKED)

| ARREST DATE / TIME | ARRESTING ORGANIZATION | ARREST TYPE |
|---|---|---|
| Jul 13, 2020 02:12 | Seattle Police Department - SPD | New Offense With Arrest-Booked |

| ARRESTING OFFICER | TACTICS USED |
|---|---|
| ZACHARY BACKMAN #8619 | N/A |

*DEFENDANT*

| DEFENDANT NAME (LAST, FIRST MIDDLE) | SEX |
|---|---|
| D-1 WILLOUGHBY, ISAIAH THOMAS | Male |

| DOB / ESTIMATED AGE RANGE | RACE / ETHNICITY |
|---|---|
| 1985- | Black or African American / Not Hispanic Or Latino |

| PHONE NUMBER | EMAIL ADDRESS |
|---|---|
| (Mobile), 555 (Work), (Primary), (Home) | |

HOME ADDRESS

| SSN # | STATE ID NUMBER | FBI ID # |
|---|---|---|
| | | |

DEFENDANT WAS ARMED WITH

Unarmed

*ARREST LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION

511 S DEARBORN ST

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| SEATTLE | WA | 98134 | US |

| LOCATION CATEGORY | PRECINCT / SECTOR / BEAT / RA | PUBLIC / PRIVATE |
|---|---|---|
| Service/ Gas Station | W / K / K2 / 6360 | Public |

*CHARGES*

| CHARGES - 1 | REPORT NUMBER |
|---|---|
| RCW - 9A.36.041 | ASSAULT - ASSAULT 4 | 2020-211794 |

| OFFENSE CODE | OFFENSE START DATE |
|---|---|
| RCW - 9A.36.041 | ASSAULT - ASSAULT 4 | Jul 13, 2020 02:12 |

ARREST DISPOSITION DATE / TIME

Jul 13, 2020 03:00

ARREST DISPOSITION

☐ Not Booked (I&R)      ▣ Booked into jail

## MEDICAL ADDENDUM

REPORT NUMBER

---

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| VALERIE CARSON #8651   Jul 13, 2020 04:09 (e-signature) | PHILIP MONZON #4161   Jul 13, 2020 12:18 (e-signature) |
| PRINT NAME | PRINT NAME |
| VALERIE CARSON #8651 | PHILIP MONZON #4161 |

| 2020-211794 | |
|---|---|

| INJURED PERSON-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| A.B. | 1987- |

INJURY TYPE

Apparent Minor Injury

## RELATIONSHIPS ADDENDUM

| NAME | RELATIONSHIP | SUBJECT |
|---|---|---|
| A.B. | RELATIONSHIP UNKNOWN | ISAIAH THOMAS WILLOUGHBY |

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| VALERIE CARSON | 07/13/2020 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| VALERIE CARSON #8651   Jul 13, 2020 04:09 (e-signature) | PHILIP MONZON #4161   Jul 13, 2020 12:18 (e-signature) |
| PRINT NAME | PRINT NAME |
| VALERIE CARSON #8651 | PHILIP MONZON #4161 |

**Seattle Police Department**                                                                 Pg 3 of 3
*Mark43 RMS Form v2.0 generated by W. JONES #6903 on Jul 14, 2020 15:05.*

## Report Number 2020-211794 - Supplement - 2 Report

| REPORT DATE / TIME | CAD EVENT START DATE / TIME - CAD EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jul 13, 2020 12:55 | Jul 13, 2020 03:12 - 03:18 | VALERIE CARSON #8651 |

SUPPLEMENT TYPE

Booking Return

LEGACY DATA

Charge 1: ASSAULT 4

## NARRATIVE

On 07/13/20 at approximately 0212 hours I was working patrol in full uniform in a fully marked patrol car with Officer Backman #8619 as 3K31. I was dispatched to an assault at 605 5 Av S. The information from dispatch said that an intoxicated male had punched a security guard. The suspect was described as a black male in his late 20s/early 30s, approximately 6 feet tall, athletic build, wearing a black jacket and black pants. We arrived on scene and the security guard flagged us down. He pointed across the street to man walking away and said something along the lines of "that's the guy that punched me in the face." As soon as the suspect saw our patrol car, he began to run towards a gas station. He matched the description the security guard victim had provided to dispatch. We caught up to him and detained him. As soon as we stopped him, the suspect invoked his Miranda Rights and refused to answer any questions, including identifying himself. He said he was rich and would just bail himself out. The security guard, A.B.          did a show up and identified the male we had detained as the man who had punched him in the face. The security guard had some broken blood vessels on the inside of his lip and it was slightly swollen. He said the man had punched him after he had asked him to leave the private property he patrols. We told the suspect he was under arrest for assault and he was transported and booked into KCJ for RCW 9A.36.041 Assault in the fourth degree. Once at jail he was identified as Isaiah T Willoughby.

## INVOLVED PERSONS

| INVOLVED PERSON-1 NAME (LAST, FIRST MIDDLE) | | DOB / ESTIMATED AGE RANGE | |
|---|---|---|---|
| P-1 WILLOUGHBY, ISAIAH THOMAS | | 1985 | |

| SEX | RACE / ETHNICITY | PHONE NUMBER | |
|---|---|---|---|
| Male | Black or African American / Not Hispanic Or Latino | (Mobile), 555 (Work),          (Primary), (Home) | |

HOME ADDRESS

This report was generated in Mark43 and the e-signature was affixed using the undersigned officer's unique login and password. I certify (or declare) under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge and belief.

| ELECTRONICALLY SIGNED | DATE | PLACE |
|---|---|---|
| VALERIE CARSON | 07/13/2020 | Seattle, WA |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| VALERIE CARSON #8651   Jul 13, 2020 12:55 (e-signature) | Booking Returns Integration #BOOKING   Jul 13, 2020 12:55 (e-signature) |
| PRINT NAME | PRINT NAME |
| VALERIE CARSON #8651 | Booking Returns Integration #BOOKING |

*Mark43 RMS Form v2.0 generated by W. JONES #6903 on Jul 14, 2020 15:05.*
*Imported Report.*