# EXHIBIT 3

# **EXHIBIT 3**

## **(Phone call by Isaiah Willoughby from the King County Jail on July 13, 2020)**

Willoughby: I wanted you to know. All right, I'll see you Wednesday.

Male: Hey, get out of Seattle, 'cause Seattle Police are gonna fuck with you, clearly.

Willoughby: I can't leave 'til Wednesday. I have to see you Wednesday, then I can leave Seattle.

Male: No, I understand. I hear you. Seattle Police [unintelligible] walk in downtown Seattle. Okay.

Willoughby: Wednesday, I'm outtie. After Wednesday, I'm out. I'm on vacation.

Male: All right.

Willoughby: Let me call bail bonds.

Male: Yep.

(end of call)